**Order entered July 15, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00578-CV

## IN RE MAETZI MILLER, Relator

**Original Proceeding from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-21-02529**

### ORDER
Before Justices Molberg, Reichek, and Smith

Relator's July 15, 2021 petition for writ of mandamus challenges the trial court's "Order Granting Plaintiff Jerod Miller's Motion for Traditional and No Evidence Summary Judgment." Relator is also challenging the same order pursuant to his interlocutory appeal pending under cause number 05-21-00422-CV. We conclude that these proceedings should be decided together.

Accordingly, on the Court's own motion, we **ORDER** cause number 05-21-00578-CV **CONSOLIDATED** into cause number 05-21-00422-CV. We **DIRECT** the Clerk of this Court to remove all documents from cause number 05-21-00578-CV and refile them in cause number 05-21-00422-CV and to treat cause number

05-21-00578-CV as a closed case. We **ORDER** that all future filings bear only cause number 05-21-00422-CV. All current deadlines in cause number 05-21-00422-CV remain in place.

On the Court's motion, we also **STAY** the enforcement hearing currently set for July 16, 2021. We further request that the real party in interest and respondent file a response, if any, to the petition for writ of mandamus within **TWENTY DAYS** of this order. In accordance with this consolidation order, that response should be filed in cause number 05-21-00422-CV.

We **DIRECT** the Clerk of this Court to send a copy of this order to all parties, the trial judge, and the Dallas District Court Clerk.

/s/     AMANDA L. REICHEK
        JUSTICE